IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re
SYLVIA MARIE BYRNES,

    Debtor.      Bankr. Adv. No. 20-1070-t

BARRY J. BYRNES,

    Plaintiff,

v.      No. 1:21-cv-00295-KWR-JHR

SYLVIA MARIE BYRNES,

    Defendant.

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order (**Doc. 42**) entered on **April 15, 2022**, the Court enters this Final Judgment under Fed. R. Civ. P. 58, **DISMISSING** this action **WITHOUT PREJUDICE.**

IT IS SO ORDERED.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**